UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON JESSE JAMES, SR.,<br><br>        Plaintiff,<br><br>  v.<br><br>TRUJILLO, et al.<br><br>        Defendants. | 1:24-cv-01392-CDB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the $405.00 filing fee, and instead, submitted an undated application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2). The form must be dated.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed, <u>dated</u>, and signed, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 14, 2024**

UNITED STATES MAGISTRATE JUDGE