# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JASON JESSE JAMES, SR.,

Plaintiff,

v.

TRUJILLO, *et al.*,

Defendants.

Case No. 1:24-cv-01392-CDB (PC)

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Jason Jesse James, Sr., inmate number BN-8208, a necessary and material witness in a settlement conference in this case on December 8, 2026, is confined at California State Prison, Corcoran, in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement, on **December 8, 2026, at 1:00 p.m.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via U.S. mail to the Litigation Office at California State Prison, Corcoran, P.O. Box 3481, Corcoran, CA 93212, and to email a copy of this order to CDCRCORLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the teleconference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Corcoran, P.O. Box 3481, Corcoran, CA 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Erica P. Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the Court; and

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE